**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 07 104 ML |
| v. | : | CR. No: |
| | : | In violation of 18 U.S.C. § 2113(a) |
| MICHAEL GILLAN | : | |

FILED JUL 18 2007 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges:

That on or about May 30, 2007, in the District of Rhode Island, the defendant, MICHAEL GILLAN, by intimidation did knowingly take from the person and presence of another money, namely approximately $3,050 dollars, belonging to and in the care, custody, control, management, and possession of Washington Trust, a bank whose deposits were then insured by the Federal Deposit Insurance Cooperation.

In violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

**REDACTED**

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Zachariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: 7/18/07