RECEIVED
U.S. MARSHALS SERVICE
JUL 18 2007
District of Rhode Island

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MICHAEL GILLAN

## WARRANT FOR ARREST

CASE NUMBER: CR07-104ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL GILLAN
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK ROBBERY

in violation of Title 18 United States Code, Section(s) 2113(a)

| | |
|---|---|
| JEANNINE NOEL<br>Name of Issuing Officer | DEPUTY CLERK<br>Title of Issuing Officer |
| J Noel<br>Signature of Issuing Officer | July 18, 2007 - PROVIDENCE, RI<br>Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ, returned to ACI | | |
| DATE RECEIVED 07/18/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 07/23/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.