**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-104ML** |
| | ) | |
| **MICHAEL GILLAN** | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Michael Gillan, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for February 1, 2008, for an additional thirty (30) days. Mr. Gillan submits the attached memorandum in support of this request.

Respectfully submitted
Michael Gillan
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA and the United States Probation Office on the 27th day of December, 2007.

/s/ Mary S. McElroy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-104ML** |
| | ) | |
| **MICHAEL GILLAN** | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Gillan has moved this Honorable Court to continue the sentencing in this matter currently scheduled for February 1, 2008, for an additional thirty (30) days. Mr. Gillan states that the additional time is needed for the defense to complete the investigation necessary for sentencing. The government, through AUSA Zechariah Chafee, has agreed to this continuance and indicated it has no objection to the granting of this motion.

Respectfully submitted
Michael Gillan
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA and the United States Probation Office on the 27th Day of December, 2007.

/s/ Mary S. McElroy