# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

*Case No. CR 07-104ML*

RECEIVED
U.S. MARSHALS SERVICE
OCT 18 2007
District of Rhode Island

*To:* *Warden*
*ACI*
*Cranston, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **Michael Gillan**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the 1st day of **February, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

Return unexecuted, court appearance c...

Deputy U.S. M...

Return unexecuted, court a... ...lled.

Dep...

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: October 18, 2007

David A. DiMarzio, Clerk

Sentencing Hearing

*By* [signature]
*John Duhamel - Deputy Clerk*